IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM ANDREW STROUP,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3942

_____/

Opinion filed October 12, 2015.

An appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Nancy A. Daniels, Public Defender, and David Alan Henson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Lauren Gonzalez, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Appellant, William Andrew Stroup, challenges his sentence and the $100 indigent legal assistance lien that the trial court imposed without informing him of his right to a hearing to dispute the amount of the lien.  We affirm Appellant's

sentence without further comment. We also affirm the $100 indigent legal assistance lien in this felony case in light of our recent holding in <u>Mills v. State</u>, 1D14-1805, 2015 WL 5447808, at *1-3 (Fla. 1st DCA Sept. 17, 2015) (*en banc*) (holding that notice and hearing are not required before the imposition of a legislatively mandated minimum public defender's lien and receding from all decisions holding to the contrary).

AFFIRMED.

LEWIS, MAKAR, and WINOKUR, JJ., CONCUR.